**CT Corporation**

**Service of Process Transmittal**
05/18/2021
CT Log Number 539573219

**TO:**   Rich Wolfson, General Counsel
Cracker Barrel Old Country Store, Inc.
PO Box 787
Lebanon, TN 37088-0787

**RE:**   **Process Served in Kentucky**

**FOR:**   Cracker Barrel Old Country Store, Inc.  (Domestic State: TN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | WANDA ZIELENBACH, Pltf. vs. CRACKER BARREL OLD COUNTRY STORE, INC., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 21CI00124 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Frankfort, KY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 05/18/2021 postmarked on 05/14/2021 |
| **JURISDICTION SERVED :** | Kentucky |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/18/2021, Expected Purge Date: 05/23/2021<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>306 W. Main Street<br>Suite 512<br>Frankfort, KY 40601<br>866-665-5799<br>SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 42431
02 4W
0000371761 MAY 14 2021

$ 013.11⁰

CERTIFIED MAIL

9414 7266 9904 2971 1961 90

RETURN RECEIPT REQUESTED

BETH ANNE FISS
SIMPSON COUNTY CIRCUIT CO
SIMPSON CIRCUIT & DISTRICT
SIMPSON COUNTY JUSTICE CE
101 NORTH COURT STREET
FRANKLIN, KENTUCKY 42134



CT corporation System
306 W Main Street, Suite 512
Frankfort, KY 40601

RESTRICTED DELIVERY

| AOC-E-105      Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **21-CI-00124**<br>Court:  **CIRCUIT**<br>County: **SIMPSON** |

*Plantiff,* **ZIELENBACH, WANDA VS. CRACKER BARREL OLD COUNTRY STORE, INC**, *Defendant*

TO:  **CT CORPORATION SYSTEM**
     **306 W MAIN STREET, SUITE 512**
     **FRANKFORT, KY 40601**

Memo: Related party is CRACKER BARREL OLD COUNTRY STORE, INC

The Commonwealth of Kentucky to Defendant:
**CRACKER BARREL OLD COUNTRY STORE, INC**

  You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Beth A. Fiss, Simpson
Circuit Clerk
Date: 4/30/2021

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20_____        _____
                                                    Served By

                                           _____
                                                       Title

---

Summons ID: 342865723352444@00000078099
CIRCUIT: 21-CI-00124 Certified Mail
ZIELENBACH, WANDA VS. CRACKER BARREL OLD COUNTRY STORE, INC



Page 1 of 1

*e*Filed

Package:000002 of 000020

Presiding Judge: HON. MARK A. THURMOND (649413)

Package : 000002 of 000020

COMMONWEALTH OF KENTUCKY
SIMPSON CIRCUIT COURT
CIVIL ACTION NO. 21-CI- 00124
*Electronically Filed*

WANDA ZIELENBACH                                                        PLAINTIFF

v.                                    **COMPLAINT**

CRACKER BARREL OLD COUNTRY
STORE, INC.                                                            DEFENDANT

     Serve: CT Corporation System
     306 W Main St, Suite 512
     Frankfort, KY 40601

     Comes the Plaintiff, Wanda Zielenbach, by counsel, and for her cause of action against the Defendant, Cracker Barrel Old Country Store, Inc., states as follows:

     1.    The Plaintiff, Wanda Zielenbach, is a citizen and resident of Franklin, Simpson County, Kentucky.

     2.    The Defendant, Cracker Barrel Old Country Store, Inc. ("Cracker Barrel"), is and was at all times mentioned herein, a Tennessee corporation with its principal place of business at P.O. Box 787, Lebanon, Tennessee 37087.   Cracker Barrel does business within the Commonwealth of Kentucky at multiple locations.  Cracker Barrel's registered agent for service of process is CT Corporation System, 306 W Main Street, Suite 512, Frankfort, Kentucky 40601.

     3.    At all relevant times, Defendant Cracker Barrel owned, controlled, operated and/or supervised its store on the premises located at 155 Steele Road, Franklin, Simpson County, Kentucky.

     4.    On or about September 17, 2020, Plaintiff was a customer and business invitee at Cracker Barrel's store located at 155 Steele Road, Simpson County, Kentucky. Plaintiff left the

Package:000003 of 000020

Presiding Judge: HON. MARK A. THURMOND (649413)

Package : 000003 of 000020

store and walked toward her vehicle which parked in a handicap parking space. As Plaintiff walked in between parked vehicles, she tripped over a parking lot wheel stop and fell. Plaintiff suffered significant injuries as a result of her fall.

5.    At the time of her fall and injury, Plaintiff was exercising due care for her own safety.

6.    Defendant Cracker Barrel had a duty to maintain its premises in a reasonably safe condition for the use of invitees to its facility, including Plaintiff.

7.    Defendant Cracker Barrel breached their duty of care to Plaintiff and caused Plaintiff physical injury.

8.    Plaintiff's fall was caused by the negligent actions and/or inactions of the Defendant Cracker Barrel. Specifically, Cracker Barrel failed to exercise reasonable care to create and maintain its premises in a reasonably safe condition. Cracker Barrel failed to comply with ADA regulations for accessible routes, failed to ensure conformity to national safety standards for wheel stops and failed to comply with local property maintenance code(s).

9.    As a direct and proximate result of the negligence of Defendant Cracker Barrel, Plaintiff has suffered, and will continue to suffer, from severe, painful and permanent injuries, and medical expenses. For all of these damages, the Plaintiff is entitled to recover compensatory damages from said Defendant.

10.    Plaintiff's damages are in excess of the minimum dollar amount necessary to establish the jurisdiction of this Court.

WHEREFORE, the Plaintiff, Wanda Zielenbach, demands judgment against Defendant, Cracker Barrel Old Country Store, Inc., as follows:

Package:000004 of 000020

Presiding Judge: HON. MARK A. THURMOND (649413)

Package:000004 of 000020

A.    For compensatory damages in an amount in excess of the jurisdictional minimum

limits of this Court;

B.    For a trial by jury;

C.    For her costs expended herein, including attorney's fees; and

D.    For all other relief to which he may appear entitled.

This 30th day of April, 2021.

ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College Street, P.O. Box 770
Bowling Green, KY  42102-0770
(270) 781-6500
(270) 782-7782
asmith@elpolaw.com
*Attorney for Plaintiff*

 */s/Aaron D. Smith*
AARON D. SMITH

COMMONWEALTH OF KENTUCKY
SIMPSON CIRCUIT COURT
DIVISION ___
CIVIL ACTION NO. 21-CI- _00124_

*__Electronically Filed__*

WANDA ZIELENBACH                                              PLAINTIFF

v.          **PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUEST FOR PRODUCTION OF DOCUMENTS
TO DEFENDANT**

CRACKER BARREL OLD COUNTRY
STORE, INC.                                                   DEFENDANT


Plaintiff, Wanda Zielenbach, propounds the following First Set of Interrogatories and

Request for Production of Documents to Defendant, Cracker Barrel Old Country Store, Inc.

("Cracker Barrel"), to be answered personally, in writing and under oath, within the time and in

the manner provided by Kentucky Rules of Civil Procedure 33 and 34.

## INSTRUCTIONS/DEFINITIONS

Plaintiffs set forth the following instructions and definitions which are to be used in

answering these Interrogatories. These instructions and definitions are in addition to any other

information as may be specifically described or requested in a given Interrogatory.

## I. INSTRUCTIONS

1. These Interrogatories should be answered by Defendant consistent with all

requirements imposed in Kentucky Rules of Civil Procedure 33 and 34.

2. These Interrogatories are deemed to be continuing in nature. In the event you either (a)

become aware of or acquire additional responsive information or (b) learn that your response is

in some material respect incomplete or incorrect, you are requested and required to promptly and

seasonably amend and/or supplement your response to these Interrogatories to provide such

1

Package:000006 of 000020

Presiding Judge: HON. MARK A. THURMOND (649413)

Package:000006 of 000020

additional or different information, in accordance with the requirements of Kentucky Rules of Civil Procedure 33 and 34.

3. Whenever an Interrogatory calls for the identification of a document, photograph, film, video, recording or other type of material that was, but is no longer in your possession, custody or control, state with specificity the disposition made of it, and state the identity of the person, if any, with present custody of such material.

4. Whenever an Interrogatory calls for the identification of a document, photograph film, video, recording or other type of material that been destroyed, furnish a listing which identifies each such item, including the following information: (a) identify the date of its creation; (b) identify its author; (c) identify its addressee; (d) identity each person to whom it was furnished or to whom its contents were communicated; (e) provide a summary of its substance and content; (f) identify the date upon which it was destroyed; and (g) provide a summary of the reason it was destroyed.

5. Pursuant to Kentucky Rules of Civil Procedure 33 and 34, if information is withheld because of an objection, then each objection shall be stated. If a privilege or the work product doctrine is asserted as a reason for withholding information, then you shall provide an appropriate privilege log satisfying the requirements of Tennessee law, to include information sufficient to allow Plaintiff and the Court a full and reasonable opportunity to evaluate and assess the applicability and propriety of each claim of privilege.

6. All answers shall be separately numbered and identified so as to correspond with these Interrogatories.

## DEFINITIONS

A. The terms "you," "your," or "yourself," refer to defendant, Cracker Barrel Old Country

Store, Inc., its agents, representatives, and attorneys and each person acting or purporting to act on its behalf.

B. The term "plaintiff" shall mean the plaintiff, Wanda Zielenbach.

C. The term "premises" shall refer to the Cracker Barrel Old Country Store, 155 Steele Road, Franklin, Simpson County, Kentucky.

D. The term "incident" refers to the allegations made in the Complaint.

E. The term "document" means any medium upon which intelligence or information can be recorded or retrieved, and includes, without limitation the original and each copy, regardless of origin and location, of any book, pamphlet, periodical, letter, meeting minutes, memoranda (including any memorandum or report of a meeting or conversation), invoice, bill, order form, receipt, financial statement, accounting entry, diary, calendar, telex, telegram, cable, report, record, contract, agreement, study, handwritten note, draft, working paper, chart, paper, print, laboratory record, drawing, sketch, graft, index, list, tape, photograph, microfilm, data sheet or data processing card, or any other written, recorded, transcribed, punched, taped, filmed or graphic matter, however produced or propounded, which is in your possession, custody or control or which was, but is no longer, in your possession, custody or control.

## INTERROGATORIES

**INTERROGATORY NO. 1:** Identify the individuals answering or assisting in the answering of these discovery requests, including his or her full name, address, telephone number, occupation and relationship to you.

**ANSWER:**

**INTERROGATORY NO. 2:** State whether you owned, controlled, maintained, operated and/or occupied the premises located at 155 Steele Road, Franklin, Simpson County, Kentucky. If

3

Package:000008 of 000020

Presiding Judge: HON. MARK A. THURMOND (649413)

Package : 000008 of 000020

not or if not exclusively, state the name, address and telephone numbers of any persons or entities that owned, controlled, maintained, operated and/or occupied the premises where the incident is alleged to have occurred.

**ANSWER:**

**INTERROGATORY NO. 3:** If you contend that Plaintiff was not an invitee on the premises at the time of the alleged incident, explain your contention and identify all facts which support a contention that Plaintiff's status was anything other than a business invitee at the time of the incident.

**ANSWER:**

**INTERROGATORY NO. 4:** State the name, address and telephone number of each and every lay witness who may have discoverable knowledge of any of the claims made in the Complaint or any other facts related to this lawsuit, and for each such witness, provide the specifics of that person's knowledge.

**ANSWER:**

**INTERROGATORY NO. 5:** List and identify all exhibits or items of tangible evidence you may introduce at the trial of this matter. ,

**ANSWER:**

**INTERROGATORY NO. 6:** If you maintain Plaintiff's injuries are attributable to the fault of any person or entity other than yourself, state the name of such person or entity and state specifically the facts upon which you rely in support of your position.

**ANSWER:**

**INTERROGATORY NO. 7:** For each affirmative defense raised by you in your Answer:

    a.  Give a complete description of any and all facts that you rely upon in raising the defense;

4

Package:000009 of 000020

Presiding Judge: HON. MARK A. THURMOND (649413)

Package : 000009 of 000020

b.  Identify any and all persons having knowledge of each fact that you rely upon in raising the defense, and;

c.  Identify any and all documents and tangible items that you rely upon in raising the defense.

**ANSWER:**

**INTERROGATORY NO. 8:** For each allegation in the Complaint that you deny in whole or part:

a.  Give a complete description of any and all facts that you rely upon in asserting the denial;

b.  Identify any and all persons having knowledge of each fact that you rely upon in asserting the denial, and;

c.  Identify any and all documents and tangible items that you rely upon in asserting the denial.

**ANSWER:**

**INTERROGATORY NO. 9:** State whether you or any of your agents, servants, representatives or employees obtained a statement of any type from any person who has knowledge of any discoverable and/or relevant facts concerning the incident. If so, state the name, address and telephone numbers of the person giving the statement and whether the statement was written, recorded or otherwise transcribed.

**ANSWER:**

**INTERROGATORY NO. 10:** Do you or any of your agents, servants, representatives or employees have knowledge of any other *written or oral* report(s), statement(s), memoranda, recording(s), testimony, or writing(s) of any sort, whether signed or not, and whether prepared by someone other than Plaintiff or not, from Plaintiff concerning the allegations of the Complaint or

5

any other facts pertaining to the lawsuit? If so, please provide copies of any and all statements either written or electronically.

**ANSWER:**

**INTERROGATORY NO. 11:** State the names, telephone numbers, addresses and job titles of any and all of your agents, servants, representatives or employees who were working and/or present on the premises on September 17, 2020. Please indicate which persons were present at the scene of the incident at any time within three (3) hours preceding and/or three (3) hours following the occurrence.

**ANSWER:**

**INTERROGATORY NO. 12:** Describe any additional signs placed after this incidence or any changes, corrections, repairs or alterations that have been made by you or your agents, servants, representatives or employees to the premises or to warnings or signs relating thereto, since the incident and explain why such changes were made.

**ANSWER:**

**INTERROGATORY NO. 13:** Describe any other incidents, both prior and subsequent to the incident alleged in the Complaint, that are substantially similar and occurred at the same or similar location where the incident in the Complaint occurred and provide details of those incidents, identify any documents and photographs which reflect such incidents, identify witnesses and parties to said incidents and list and describe any claims or lawsuits made or brought against you for said incidents.

**ANSWER:**

6

**INTERROGATORY NO. 14:** State whether you performed any investigation into this incident. If so, state the name of the person(s) who performed said investigation and the results and/or conclusions of said investigation.

**ANSWER:**

**INTERROGATORY NO. 15:** State in detail your policies and procedures that your agents, servants, representatives or employees are to follow when they discover a condition on the premises that could give rise to injury:

**ANSWER:**

**INTERROGATORY NO. 16:** State what notice, if any, you or any of your agents, servants, representatives or employees had of the condition that is alleged to have led to the incident, prior to its occurrence and what, if any, action was taken.

**ANSWER:**

**INTERROGATORY NO. 17:** Fully describe what warnings, if any, the defendant and/or servants, agents or employees provided to the plaintiff before the accident about the condition that caused or contributed to the accident and when the defendant and/or its servants, agents or employees provided such warnings.

**ANSWER:**

**INTERROGATORY NO. 18:** Please identify each Cracker Barrel employee and/or manager that:

        a.     spoke with the Plaintiff about the Incident on September 17, 2020;

        b.     reported the Incident;

        c.     was involved in administering aid to the Plaintiff;

        d.     spoke with witnesses or witnessed the Incident themselves;

7

Package:000012 of 000020

Presiding Judge: HON. MARK A. THURMOND (649413)

Package : 000012 of 000020

e.          was present in the area on September 17, 2020;

**ANSWER:**

**INTERROGATORY NO. 19:**          Please state whether there are surveillance cameras located where Wanda Zielenbach was injured and its adjoining areas, or in any area that could have captured the incident and describe the location of each camera.

**ANSWER:**

**INTERROGATORY NO. 20:**          Please identify the persons or companies that designed the parking lot and wheel stop that is the subject of this incident.

**ANSWER:**

**INTERROGATORY NO. 21:**          Please identify the persons or companies who built and/or installed the parking lot and wheel stop that is the subject of this incident.

**ANSWER:**

**INTERROGATORY NO. 22:**          Identify any and all falls, injuries, or incidents involving the wheel stop and parking lot that is the subject of this incident, for the previous seven years prior to the September 17, 2020 fall and any since.

**ANSWER:**

**REQUESTS FOR PRODUCTION OF DOCUMENTS**

**REQUEST NO. 1:** Produce all insurance policies, which may provide coverage to Plaintiff for the injuries that are the subject of this incident, including all facesheets and declarations pages, and any written amendment or interpretation of the policies, the coverages and limitations of coverages.

**RESPONSE:**

8

Package:000013 of 000020

Presiding Judge: HON. MARK A. THURMOND (649413)

Package : 000013 of 000020

**REQUEST NO. 2:**  Produce all photographs, video, maps, drawings, charts, diagrams, measurements, surveys or models that depict or intend to depict the premises; the incident; the Plaintiff; Plaintiff's injuries; the instrumentalities, objects or things involved in the incident; made before, during or after the incident.

**RESPONSE:**

**REQUEST NO. 3:** Produce all design documents for the parking lot that is the subject of this incident.

**RESPONSE:**

**REQUEST NO. 4:** Provide all internal policies and procedures regarding property maintenance and upkeep.

**RESPONSE:**

**REQUEST NO. 5:** Provide all policies and documents regarding Americans Disabilities Act Compliance.

**RESPONSE:**

**REQUEST NO. 6:** Produce copies of any written or recorded/oral statements you have obtained that relate to any matter discoverable or relevant to the incident.

**RESPONSE:**

**REQUEST NO. 7:**  Produce copies of any incident reports, internal memoranda, investigation reports or other writings compiled by you with respect to the incident.

**RESPONSE:**

**REQUEST NO. 8:** Produce copies of all exhibits, photographs, charts, diagrams, maps, summaries, videos, documents and real or demonstrative evidence of any kind which you or your counsel expect or intend to introduce or use at the trial of this matter.

9

Package:000014 of 000020                    Presiding Judge: HON. MARK A. THURMOND (649413)                    Package : 000014 of 000020

**RESPONSE:**

**REQUEST NO. 9:** Produce a copy of all other incident or accident reports and customer or employee injury records for the subject location that occurred in the last ten years.

**RESPONSE:**

**REQUEST NO. 10:** Produce all written, recorded or typed reports or documents that were prepared by or on behalf of any person who you expect to call to testify by deposition or at trial as a physician, psychologist, psychiatrist, therapist, or any other health care practitioner.

**RESPONSE:**

**REQUEST NO. 11:**  With respect to any expert witness you intend to call at the trial of this matter, produce:

    (a) A copy of any document containing any communication from the expert to you, or anyone on your behalf, or to the expert from you or anyone on your behalf;

    (b) A copy of any written report from the expert, including drafts of the report;

    (c) A copy of the expert's CV;

    (d) A list of any books, articles or treatises relied upon by the expert in formulating his or her opinions.

**RESPONSE:**

**REQUEST NO. 12:** Produce all reports, documents, charts, graphs, data, compilations, work papers, notes, photographs, calculations, conclusions, opinions, models, exhibits, treatises, authoritative sources or data of any kind prepared, or which will be relied upon by any expert or lay witness whom you expect to call by deposition or at trial.

**RESPONSE:**

10

Package:000015 of 000020

Presiding Judge: HON. MARK A. THURMOND (649413)

Package : 000015 of 000020

**REQUEST NO. 13:** Produce all reports filed or completed on behalf of you or your agents, servants, employees, representatives, insurance carrier, claims adjuster, attorney or anyone else acting on your behalf regarding the incident and submitted to any governmental agency, whether federal, state or local, including all military, fire, police, municipal, county or statement law enforcement agencies regarding the incident.

**RESPONSE:**

**REQUEST NO. 14:** Produce all documentation reflecting the names of your agents, servants, employees, representatives who were present on or around the premises on September 17, 2020.

**RESPONSE:**

**REQUEST NO. 15:** Produce any and all documentation wherein the incident referenced in the Complaint was mentioned, noted or recorded in any fashion.

**RESPONSE:**

**REQUEST NO. 16:** Produce any handbooks, guidebooks, manuals, checklists, reports, data entries or any other type of documentations regarding your customs, policies, or procedures concerning operation, maintenance, care, management, repair, service, inspection and safety of the premises that were in effect on September 17, 2020.

**RESPONSE:**

**REQUEST NO. 17:** Produce any documents and communications that are identified in, referred to, relied upon, or relate in any way to your answers to Interrogatories, which have not already been produced in response to another request.

**RESPONSE:**

Package:000016 of 000020

Presiding Judge: HON. MARK A. THURMOND (649413)

Package : 000016 of 000020

11

**REQUEST NO. 18:** Produce all indemnity and settlement agreements between or among any parties to this case and non-parties relevant to the incident and Plaintiff's injuries.

**RESPONSE:**

**REQUEST NO. 19:** Produce all business agreements between or among the parties or between any party to this suit and any non-party regarding the ownership, operation, repair, maintenance, care, management, service, inspection and safety of the premises that were in effect on September 17, 2020.

**RESPONSE:**

**REQUEST NO. 20:** Produce a copy of the Investigation and Reporting Procedures with regard to the retention of the video surveillance following any incident and/or in-store accidents.

**RESPONSE:**

**REQUEST NO. 21:** Produce a copy of Cracker Barrel's policies and procedures regarding the preparation of incident reports for customer falls including but not limited to those similar to the one prepared as a result of the subject incident.

**RESPONSE:**

**REQUEST NO. 22:** Produce a copy of Cracker Barrel's policies, procedures and training materials regarding the duties and responsibilities of an employee.

**RESPONSE:**

**REQUEST NO. 23:** Do you agree to supplement your responses to include all information later acquired that may add to, change or correct these responses immediately after acquiring such new information?

**RESPONSE:**

Package: 000017 of 000020          Presiding Judge: HON. MARK A. THURMOND (649413)          Package: 000017 of 000020

ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College Street, P.O. Box 770
Bowling Green, KY  42102-0770
Telephone:  (270) 781-6500
Facsimile:  (270) 782-7782
asmith@elpolaw.com

*/s/Aaron D. Smith*
AARON D. SMITH

### CERTIFICATE OF SERVICE

I certify that on April 30, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following via US Mail or electronic mail:

CT Corporation System
306 W Main St, Suite 512
Frankfort, KY 40601

*/s/Aaron D. Smith*
AARON D. SMITH

13

Package:000018 of 000020

Presiding Judge: HON. MARK A. THURMOND (649413)

Package : 000018 of 000020

COMMONWEALTH OF KENTUCKY
SIMPSON CIRCUIT COURT
CIVIL ACTION NO. 21-CI- 00124
*Electronically Filed*

WANDA ZIELENBACH                                                    PLAINTIFF

V.                          **NOTICE OF COMPLIANCE**
                        **WITH KRS 411.188 (2) AND (4)**

CRACKER BARREL OLD COUNTRY
STORE, INC.                                                        DEFENDANT

      Serve:  CT Corporation System
      306 W Main St, Suite 512
      Frankfort, KY 40601

      The undersigned does hereby certify that, pursuant to the requirements of KRS 411.188(2) and (4), the following entities have been notified by certified mail that this action has commenced, that the said parties may hold a subrogation right to any award received by the plaintiffs as a result of this action, and that, pursuant to CR 24, failure to intervene in this action will result in the loss of those rights with respect to any final award received by the plaintiffs as a result of this action:

      HumanaChoice Medicare
      PO Box 14601
      Lexington, KY 40512

      This 30th day of April, 2021.

                 ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
                 1101 College Street; P.O. Box 770
                 Bowling Green, KY 42102-0770
                 Telephone: (270) 781-6500
                 Facsimile: (270) 782-7782
                 E-mail:  jasowell@elpolaw.com

                 */s/ Aaron D. Smith*
                 AARON D. SMITH

268606-0

Package:000019 of 000020

Presiding Judge: HON. MARK A. THURMOND (649413)

Package : 000019 of 000020

Filed          21-CI-00124        04/30/2021        Beth A. Fiss, Simpson Circuit Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2021 a true and correct copy of the foregoing has been served via regular mail upon the following:

CT Corporation System
306 W Main St, Suite 512
Frankfort, KY 40601

/s/ Aaron D. Smith
AARON D. SMITH

Package: 000020 of 000020

Presiding Judge: HON. MARK A. THURMOND (649413)

Package: 000020 of 000020